UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEMETRIUS ROBERTSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2412** |
| **SHERIFF RANDY SMITH** | **SECTION: "H"(2)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as malicious under Title 28 U.S.C. § 1915(e)(2)(B), § 1915A, and 42 U.S.C. § 1997e because the claims raised therein are duplicative of the claims raised in Plaintiff's previous case filed in this court, Civil Action No. 20-1614 "T"(1).

New Orleans, Louisiana, this 10th day of September, 2021.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**